# In the United States District Court
# for the Southern District of Georgia
# Brunswick Division

| | | |
|---|---|---|
| ROBERT C. WALKER, DAVID RICHARDSON, WALLACE SHAW, J. ANDY FULLER, and CLIFTON DELOACH, in their official capacities as members of the Long County Board of Commissioners and individually as residents and voters of Long County, Georgia, along with DEMPSY GOLDEN, FLORENCE BAGGS, BILLY HALL, LINDA DELOACH, and EMMA STRICKLAND, in their official capacities as members of the Long County Board of Education and individually as residents and voters in the Long County School District, | * * * * * * * * * * * * * * | |
| Plaintiffs, | * * | |
| vs. | * * * | CV 212-152 |
| VANESSA L. CUNNINGHAM, MILDRED S. HOPKINS, and PATRICIA A. JOHNSON, in their official capacities as members of the Board of Elections and Registration of Long County, Georgia, | * * * * * | |
| Defendants. | * | |

## ORDER

Presently before the Court is Plaintiffs' Motion for Declaratory and Injunctive Relief. See Dkt. No. 1. Upon due consideration, the Court presents the attached redistricting

1

plan ("Final Plan") and Orders its use in the May 7, 2013, Long County Board of Commission ("BOC") and Board of Education ("BOE") special election.

## I.    INTRODUCTION

In a Consent Order issued October 2, 2012, this Court enjoined further use of both the 1988 and 2012 Districts in the BOC and BOE election.  Dkt. No. 34.  Moreover, this Court enjoined further action with respect to the July 2012 BOC and BOE election, as that election utilized the 2012 Districts.  Id. The Court also granted the parties' request that the Court create and adopt a remedial districting plan to facilitate a timely election for the BOC and BOE posts.  Id.

In an Order issued October 30, 2012, this Court presented a new map with constitutionally apportioned districts for use in the May 2013 Long County BOC and BOE special election ("Preliminary Plan").  Dkt. No. 45.  After a period of public comment, the Court adopts the attached redistricting plan for use in the May 2013 Long County BOC and BOE special election ("Final Plan").

2

AO 72A
(Rev. 8/82)

The Court's October 30, 2012 Order provides a comprehensive factual and procedural background of this case. <u>See</u> Dkt. No. 45, at 2-6.  That background is not repeated here.

## III. FINAL PLAN

A. <u>Public Comments</u>

After presenting its Preliminary Plan, the Court allowed the public to comment on the plan. <u>See</u> Dkt. No. 34.  The principal comments[1] received by the Court were (1) the Preliminary Plan moved the winner of the July 2012 BOE election for District 5 from District 5 to District 3,[2] (2) the BOE member from District 4 lost a significant number of her former constituents under the Preliminary Plan, (3) District 4 does not have a polling place within its borders under the Preliminary Plan, and (4) under the Preliminary Plan, the geographical expanse of District 5 is too great.  <u>See</u> Dkt. No. 48.

_____

[1] The Court also received comments suggesting that the Court consider neither the balancing of population among the five (5) districts nor the alleged retrogression in District 4.  The Court's Final Plan does not accommodate these comments.

[2] This resulted from the Court's error in mapping the residence of the District 5 BOE candidate when preparing the Preliminary Plan.  This unintentional error also placed the formerly unopposed BOE candidates from District 3 and District 5 in the same district.  This would require those candidates to run against one another and would potentially leave District 5 without a BOE member.

B. Plan Revisions

After considering comments from Long County's citizens, the Court modified its Preliminary Plan slightly.[3]  Specifically, the Court expanded District 5 to the northwest to allow the District 5 BOE candidate to remain within her prior district. The Court also expanded District 4 slightly to the southeast to allow the District 4 BOE member to retain more of her former constituents.  These changes necessitated a slight amount of rebalancing among the districts to ensure compliance with the one person, one vote principle.

Attached to this Order are multiple exhibits depicting the Final Plan.[4]  Exhibit 1 shows the district boundaries with details such as road names.  Exhibit 2 contains the details from Exhibit 1 along with the boundaries of the 2012 Districts. Exhibit 3 contains a legal description of the Final Plan. Exhibit 4 contains statistical data for the Final Plan. Exhibit 5 contains the Core Constituencies Report.

---

[3] The Court utilized the same technical assistance in creating the Final Plan as it used in creating the Preliminary Plan.  See Dkt. No. 34, at 9. Specifically, the Court appointed the Legislative and Congressional Reapportionment Office of the General Assembly of the State of Georgia and its necessary staff, including Regina Harbin Wright, as its independent technical advisor in this matter.
[4] The Final Plan is entitled FedCt-LongCCSB-2012.

4

C. Analysis of the Final Plan

The Court's October 30, 2012 Order provides significant analysis of the Court's Preliminary Plan and describes how the Court attempted to harmonize the one person, one vote principle, traditional districting principles, and the requirements of the Voting Rights Act.  See Dkt. No. 45.  That analysis applies to the Court's Final Plan and is not repeated here.  For clarity, Exhibit 6 provides a statistical comparison between the Final Plan and the Benchmark Plan.

The Court chose not to create a new polling place for District 4.  Although the old polling place is only slightly outside the borders of District 4, it is familiar to District 4 voters and the Long County Board of Elections.  Therefore, the Court retains this location to minimize voter confusion and facilitate an orderly election.

The Court notes that District 5 is physically larger than it was under either the 1998 or 2012 Districts.  However, the Court accepts this result, as it is the result of an effort to balance many interests—including the one person, one vote principle and the requirements of the Voting Rights Act.  The Court notes that, though physically larger than the other districts, District 5 is only thirty (30) miles across at its

5

widest point and is entirely connected by Highway 57.  Moreover,
Part V of this Order instructs the Long County Board of
Elections to establish two (2) additional polling places in
District 5.  Though equal territory among the five (5) districts
may be preferable, the Court finds the territorial deviation in
the Final Plan tolerable.  Moreover, the Court finds that its
Final Plan acceptably balances the one person, one vote
principle, traditional districting principles, and the
requirements of the Voting Rights Act.

## IV.   FINAL PLAN'S FUTURE USE

The Court's Final Plan is intended for use in the May 2013
special election and any necessary runoff elections.  The Court
emphasizes that Long County's Board of Elections, BOC, and
county delegation need not use the Court's Final Plan in future
elections.

The Court offers this caution for several reasons.  First,
this Plan was drafted, necessarily, under time constraints.
Moreover, the Court was not privy to all of the kinds of
political and community concerns that are pertinent to a
legislative body when it redistricts.  Nor can this Court assure
maintenance of existing constituent-representative relations.

Such matters are legitimate legislative concerns, to be addressed by the General Assembly.

In sum, the Court's Final Plan can be reviewed and changed following the May 2013 special election if the legislature decides to do so.

## V.    CONCLUSION

Plaintiffs' Motion for Declaratory and Injunctive Relief (Dkt. No. 1) is **GRANTED**.  This Court **ENJOINS** Defendants, sets the following deadlines, and **ORDERS** the following actions:

(1)   The Court's Final Plan is hereby **ADOPTED** as the lawful plan for the Long County BOC and BOE election for use in the May 2013 BOE and BOE special election and until such time as the State of Georgia implements a new plan.

(2)   Defendants are hereby **DIRECTED** to implement the Final Plan promptly and consistently with the Constitution and laws of the United States and the Constitution and laws of the State of Georgia.

(3)   The BOC and BOE precinct boundaries shall be identical to the BOC and BOE district boundaries.

7

(4)   Defendants are hereby **DIRECTED** to establish the
      following polling places for use in the May 2013
      special election:

District 1:   Beards Creek Voting Precinct; 3218 Marcus
              Nobles Road, N.E.; Glennville, Georgia
              30427.

District 2:   Rye Patch/Oakdale Voting Precinct;
              2252 Darwel Long Road, N.E.; Ludowici,
              Georgia 31316.

District 3:   South Ludowici Voting Precinct; 198 Main
              Street Extension, S.W.; Ludowici, Georgia
              31316.

District 4:   North Ludowici Voting Precinct;
              469 North Main Street; Ludowici, Georgia
              31316.

District 5:   (1) Tibet Voting Precinct; 1431 Tibet
              Highway, S.E.; Ludowici, Georgia 31316.
              (2) Fire station located at 840 Alma
              Flournoy Road, Ludowici, Georgia 31316.
              (3) Annex at Faith Baptist Church located
              at 12 South McDonald Street, Ludowici,
              Georgia 31316.

8

(5)   Defendants are hereby **DIRECTED** to comply with the following election schedule:

   a.   Voter notices shall be mailed no later than Monday, January 28, 2013.

   b.   Qualifying for the BOC and BOE election shall take place from Monday, February 11, 2013 through Wednesday, February 13, 2013.

   c.   The BOC and BOE primary election shall take place on Tuesday, March 12, 2013.  Any necessary runoff elections related to these primaries shall take place on Tuesday, April 9, 2013.

   d.   The BOC and BOE general election shall take place on Tuesday, May 7, 2013.

(6)  All other matters of scheduling, balloting, and voting (including early and absentee voting and any necessary runoff elections) shall be conducted in accordance with any applicable federal, state, and local laws except that any state or local laws in direct conflict with this Order are hereby **SUSPENDED** only for the purposes of the May 2013 special election and related primary and runoff elections.

9

**SO ORDERED**, this 14th day of December, 2012.

s/ Beverly B. Martin
_____
BEVERLY B. MARTIN, CIRCUIT JUDGE
ELEVENTH CIRCUIT COURT OF APPEALS

_____
LISA GODBEY WOOD, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

s/ J. Randal Hall
_____
J. RANDAL HALL, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

10

EXHIBIT 1

Long County Commission and School Board Districts- as drawn by Federal Court



Long County Commission and School Board Districts - as drawn by Federal Court



EXHIBIT 2





Long County Commission and School Board Districts- as drawn by Federal Court

Black overlay line is 2012 adopted plan "longccsb-2012"

Ludowici Detail

EXHIBIT 3

FedCt-LongCCSB-2012-(legal).txt

Plan: FedCt-LongCCSB-2012
Plan Type: Local
Administrator: FedCt
User: Gina


District 001
Long County
VTD: 1831 - BEARDS CREEK
VTD: 1832 - RYE PATCH/OAK
970100:
 2102  2103  2104  2105  2106  2107  2108  2279  2280  2291  2292


District 002
Long County
VTD: 1832 - RYE PATCH/OAK
970100:
 1000  1001  1002  1003  1004  1005  1006  1007  1008  1009  1010  1011
 1012  1013  1014  1015  1016  1017  1018  1019  1020  1021  1022  1023
 1024  1025  1026  1027  1028  1029  1030  1031  1032  1033  1034  1040
 1041  1042  1043  1044  1045  1046  1047  1048  1049  1050  1051  1052
 1053  1057  1058  1060  1065  1067  1068  1069  1070  1071  1072  1073
 1074  1075  1076  1077  1078  1079  1080  1081  1082  1083  1084  1085
 1086  1087  1088  1089  1090  1091  1092  1093  1094  1095  1096  1097
 1098  1099  1100  1101  1102  1103  1104  1105  1106  1107  1108  1109
 1110  1111  1112  1113  1114  1115  1116  1117  1118  1119  1120  1121
 1122  1123  1124  1125  1126  1127  1128  1129  1130  1131  1132  1133
 1134  1135  1136  1137  1138  1139  1140  1141  1142  1144  1147  1161
 1162  1163  1164  1165  1166  1167  1168  1169  1174  1175  1176  2274
 2275  2276  2277  2278  2281  2282  2284  2285  2286  2287  2288  2289
 2290  2293  2294  2336  3002  3003  3004  3005  3006  3007  3016  3039
 3040  3042  3043  3044  3045  3051  3052  3054  3060  3061
970200:
 1000  1001


District 003
Long County
VTD: 1833 - SOUTH LUDOWICI
970200:
 2018  2020  2025  2026  2027  2028  2029  2031  2032  2033  2035  2037
 2039  2041  2042  2054  2087  3065  3066  3067  3068  3069  3070  3143
 3144  3145  3146  3147  3148  3149  3150  3156  3157  3158  3159  3164
 3165  3166
VTD: 1835 - TIBET
970200:
 2043  2044  2045  3000  3001  3002  3003  3004  3005  3006  3007  3008
 3009  3010  3011  3012  3013  3014  3015  3016  3017  3018  3019  3020
 3021  3023  3025  3027  3030  3031  3032  3033  3034  3035  3036  3044
 3045  3046  3047  3048  3049  3058  3059  3060  3064  3071  3275  3277
 3278  3279  3281  3282  3283  3284  3285


District 004
Long County
VTD: 1832 - RYE PATCH/OAK
970100:
 3000  3001  3008  3009  3010  3011  3012  3013
VTD: 1834 - NORTH LUDOWICI
970100:
 1170  1171  1172  1173  3034  3035  3036  3037  3048  3049  3050  3053

Page 1

```
                          FedCt-LongCCSB-2012-(legal).txt
 3055   3056   3057   3058   3059   3062   3063   3064   3066
970200:
 1002   1003   1004   1005   1006   1007   1008   1009   1010   1011   1012   1013
 1014   1015   1016   1017   1018   1019   1020   1021   1022   1023   1024   1033
VTD: 1835 - TIBET
970100:
 3014   3015   3017   3018   3019   3020   3021   3022   3023   3024   3025   3026
 3027   3028   3029   3030   3031   3032   3033   3038   3041   3046   3047   3065
 3067   3068


District 005
Long County
VTD: 1832 - RYE PATCH/OAK
970100:
 1035   1036   1037   1038   1039   1054   1055   1056   1059   1061   1062   1063
 1064   1066   1143   1145   1146   1148   1149   1150   1151   1152   1153   1154
 1155   1156   1157   1159   1160   2099   2100   2101   2113   2114   2115   2116
 2117   2118   2119   2120   2142   2152   2170   2171   2172   2182   2183   2184
 2185   2186   2187   2188   2189   2190   2191   2192   2193   2194   2195   2196
 2197   2198   2199   2200   2201   2202   2203   2204   2205   2206   2207   2208
 2209   2210   2211   2212   2213   2214   2215   2216   2217   2218   2219   2220
 2221   2222   2223   2224   2225   2226   2227   2228   2229   2230   2231   2232
 2233   2234   2235   2236   2237   2238   2239   2240   2241   2242   2243   2244
 2245   2246   2247   2248   2249   2250   2251   2252   2253   2254   2255   2256
 2257   2259   2260   2261   2262   2263   2264   2265   2266   2267   2268   2269
 2270   2271   2272   2273   2295   2296   2297   2298   2299   2300   2301   2302
 2303   2304   2305   2306   2307   2308   2309   2310   2311   2312   2313   2314
 2315   2316   2317   2334   2335
970200:
 1027
VTD: 1833 - SOUTH LUDOWICI
970200:
 1032   1047   1048   1052   2002   2003   2008   2011   2012   2013   2034   2050
 3151   3152   3153   3155   3160   3161   3162   3163
VTD: 1834 - NORTH LUDOWICI
970100:
 1158
970200:
 1025   1026   1028   1029   1030   1031   1034   1035   1036   1037   1038   1039
 1040   1041   1042   1043   1044   1045   1046   1049   1050   1051   1053   1054
 2000   2001   2004   2005   2006   2007   2009   2010   2014   2015   2016   2017
 2019   2021   2022   2023   2024   2030   2036   2040   3154
VTD: 1835 - TIBET
970200:
 1055   2038   2046   2047   2048   2049   2051   2052   2053   2055   2056   2057
 2058   2059   2060   2061   2062   2063   2064   2065   2066   2067   2068   2069
 2070   2071   2072   2073   2074   2075   2076   2077   2078   2079   2080   2081
 2082   2083   2084   2085   2086   2088   2089   3022   3024   3026   3028   3029
 3037   3038   3039   3040   3041   3042   3043   3050   3051   3052   3053   3054
 3055   3056   3057   3061   3062   3063   3072   3073   3074   3075   3076   3077
 3078   3079   3080   3081   3082   3083   3084   3085   3086   3087   3088   3089
 3090   3091   3092   3093   3094   3095   3096   3097   3098   3099   3100   3101
 3102   3103   3104   3105   3106   3107   3108   3109   3110   3111   3112   3113
 3114   3115   3116   3117   3118   3119   3120   3121   3122   3123   3124   3125
 3126   3127   3128   3129   3130   3131   3132   3133   3134   3135   3136   3137
 3138   3139   3140   3141   3142   3167   3168   3169   3170   3171   3172   3173
 3174   3175   3176   3177   3178   3179   3180   3181   3182   3183   3184   3185
 3186   3187   3188   3189   3190   3191   3192   3193   3194   3195   3196   3197
 3198   3199   3200   3201   3202   3203   3204   3205   3206   3207   3208   3209
 3210   3211   3212   3213   3214   3215   3216   3217   3218   3219   3220   3221
 3222   3223   3224   3225   3226   3227   3228   3229   3230   3231   3232   3233
 3234   3235   3236   3237   3238   3239   3240   3241   3242   3243   3244   3245
                                  Page 2
```

FedCt-LongCCSB-2012-(legal).txt
```
3246  3247  3248  3249  3250  3251  3252  3253  3254  3255  3256  3257
3258  3259  3260  3261  3262  3263  3264  3265  3266  3267  3268  3269
3270  3271  3272  3273  3274  3276  3280
```

EXHIBIT 4

Plan Name: **FedCt-LongCCSB-2012**          Plan Type : **Local**                    User: **Gina**                Administrator: **FedCt**

| DISTRICT | | POPULATION | DEVIATION | % DEVIATION | BLACK | % BLACK | BLACK COMBO | TOTAL BLACK | %TOTAL BLACK | HISP. OR LATINO | %HISP |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 001 | | 2,944 | 51 | 1.76% | 593 | 20.14% | 16 | 609 | 20.69% | 1,096 | 37.23% |
| | VAP | 2,002 | | | 406 | 20.28% | 5 | 411 | 20.53% | 644 | 32.17% |
| 002 | | 2,896 | 3 | 0.10% | 567 | 19.58% | 57 | 624 | 21.55% | 198 | 6.84% |
| | VAP | 1,983 | | | 360 | 18.15% | 21 | 381 | 19.21% | 113 | 5.70% |
| 003 | | 2,835 | -58 | -2.00% | 1,239 | 43.70% | 69 | 1,308 | 46.14% | 130 | 4.59% |
| | VAP | 2,012 | | | 921 | 45.78% | 12 | 933 | 46.37% | 72 | 3.58% |
| 004 | | 2,959 | 66 | 2.28% | 766 | 25.89% | 84 | 850 | 28.73% | 276 | 9.33% |
| | VAP | 2,001 | | | 493 | 24.64% | 23 | 516 | 25.79% | 162 | 8.10% |
| 005 | | 2,830 | -63 | -2.18% | 482 | 17.03% | 34 | 516 | 18.23% | 78 | 2.76% |
| | VAP | 2,047 | | | 322 | 15.73% | 14 | 336 | 16.41% | 40 | 1.95% |

Total Population:      14,464
Ideal Value:       2,893

**Summary Statistics**

Population Range:      2,830    to    2,959
Absolute Overall Range:        129
Relative Range:       -2.18%   to   2.28%
Relative Overall Range:      4.46%

EXHIBIT 5

# Core Constituencies Report

Tuesday, November 27, 2012

Printed for Gina

3:35PM

| | Population | [TOTAL BLACK] | [TOTAL BLACK VAP] |
|---|---|---|---|

## Plan: FedCt-LongCCSB-2012, District 001 -- 2,944 Total Population

*From Plan: longccsb-2012*

| | Population | [TOTAL BLACK] | [TOTAL BLACK VAP] |
|---|---|---|---|
| Dist. 001 | 2,738 (93.00%) | 540 (88.67%) | 368 (89.54%) |
| Dist. 002 | 206 (07.00%) | 69 (11.33%) | 43 (10.46%) |
| Total, and % Population | | 609 (20.69%) | 411 (13.96%) |

## Plan: FedCt-LongCCSB-2012, District 002 -- 2,896 Total Population

*From Plan: longccsb-2012*

| | Population | [TOTAL BLACK] | [TOTAL BLACK VAP] |
|---|---|---|---|
| Dist. 002 | 2,397 (82.77%) | 454 (72.76%) | 290 (76.12%) |
| Dist. 003 | 203 (07.01%) | 97 (15.54%) | 47 (12.34%) |
| Dist. 004 | 296 (10.22%) | 73 (11.70%) | 44 (11.55%) |
| Total, and % Population | | 624 (21.55%) | 381 (13.16%) |

## Plan: FedCt-LongCCSB-2012, District 003 -- 2,835 Total Population

*From Plan: longccsb-2012*

| | Population | [TOTAL BLACK] | [TOTAL BLACK VAP] |
|---|---|---|---|
| Dist. 003 | 1,131 (39.89%) | 593 (45.34%) | 435 (46.62%) |
| Dist. 005 | 1,704 (60.11%) | 715 (54.66%) | 498 (53.38%) |
| Total, and % Population | | 1,308 (46.14%) | 933 (32.91%) |

## Plan: FedCt-LongCCSB-2012, District 004 -- 2,959 Total Population

*From Plan: longccsb-2012*

| | Population | [TOTAL BLACK] | [TOTAL BLACK VAP] |
|---|---|---|---|
| Dist. 003 | 1,148 (38.80%) | 442 (52.00%) | 262 (50.78%) |
| Dist. 004 | 1,811 (61.20%) | 408 (48.00%) | 254 (49.22%) |
| Total, and % Population | | 850 (28.73%) | 516 (17.44%) |

## Plan: FedCt-LongCCSB-2012, District 005 -- 2,830 Total Population

*From Plan: longccsb-2012*

| | Population | [TOTAL BLACK] | [TOTAL BLACK VAP] |
|---|---|---|---|
| Dist. 001 | 184 (06.50%) | 7 (01.36%) | 6 (01.79%) |
| Dist. 002 | 353 (12.47%) | 68 (13.18%) | 44 (13.10%) |
| Dist. 003 | 397 (14.03%) | 130 (25.19%) | 78 (23.21%) |
| Dist. 004 | 794 (28.06%) | 152 (29.46%) | 98 (29.17%) |
| Dist. 005 | 1,102 (38.94%) | 159 (30.81%) | 110 (32.74%) |

|  | Population | [TOTAL BLACK] | [TOTAL BLACK VAP] |
|---|---|---|---|
| Total, and % Population |  | 516  (18.23%) | 336  (11.87%) |

**Plan: FedCt-LongCCSB-2012, District Unassigned -- 9,673,189  Total Population**

*From Plan: longccsb-2012*

| Dist. Unassigned | 9,673,189 (100.00%) | 3,050,191  (100.00%) | 2,138,212  (100.00%) |
|---|---|---|---|
| Total, and % Population |  | 3,050,191  (31.53%) | 2,138,212  (22.10%) |

EXHIBIT 6

The Court's Final Plan results in the following population and deviation statistics:

| District | Population | Deviation (actual) | Deviation (%) |
|----------|------------|--------------------|---------------|
| 1 | 2,944 | 51 | 1.76 |
| 2 | 2,896 | 3 | 0.10 |
| 3 | 2,835 | −58 | −2.00 |
| 4 | 2,959 | 66 | 2.28 |
| 5 | 2,830 | −63 | −2.18 |

The Final Plan has a total population deviation of 4.46%.

The Final Plan compares to the "benchmark" plan as follows:[4]

|  | District | | | | |
|--|-----|-----|-----|-----|-----|
|  | 1 | 2 | 3 | 4 | 5 |
| Benchmark Plan | | | | | |
| Population | 2,738 | 3,639 | 1,512 | 2,030 | 4,545 |
| Total Black (%) | 19.72% | 21.10% | 47.95% | 21.67% | 31.55% |
| Black VAP[5] (%) | 19.75% | 18.93% | 47.57% | 19.41% | 29.79% |
| Court's Final Plan | | | | | |
| Population | 2,944 | 2,896 | 2,835 | 2,959 | 2,830 |
| Total Black (%) | 20.69% | 21.55% | 46.14% | 28.73% | 18.23% |
| Black VAP (%) | 20.53% | 19.21% | 46.37% | 25.79% | 16.41% |
| Change | | | | | |
| Total Black (%) | 0.97% | 0.45% | −1.81% | 7.06% | −13.32% |
| Black VAP (%) | 0.78% | 0.28% | −1.20% | 6.38% | −13.38% |

---

[4] During the Court's efforts to create an interim map, the Court's technical assistant discovered a slight discrepancy in the boundary between Districts 2 and 5. Specifically, a typographical error occurred when the district boundaries were imported from the official, paper copy into the districting software. This error was corrected prior to calculating the values for the "Benchmark Plan" in the table below.

This Court followed DOJ guidance in calculating values for the "Benchmark Plan" in the table below. See 66 Fed. Reg. 5412-13 (Jan. 18, 2001).

[5] "Black VAP" is a representation of the black voting age population, expressed as a percentage of the total voting age population.