# In the United States District Court
## for the Southern District of Georgia
### Brunswick Division

| | | |
|---|---|---|
| ROBERT C. WALKER, DAVID RICHARDSON, WALLACE SHAW, J. ANDY FULLER, and CLIFTON DELOACH, in their official capacities as members of the Long County Board of Commissioners and individually as residents and voters of Long County, Georgia, along with DEMPSY GOLDEN, FLORENCE BAGGS, BILLY HALL, LINDA DELOACH, and EMMA STRICKLAND, in their official capacities as members of the Long County Board of Education and individually as residents and voters in the Long County School District, | * * * * * * * * * * * * * * | |
| Plaintiffs, | * * | |
| vs. | * * | CV 212-152 |
| VANESSA L. CUNNINGHAM, MILDRED S. HOPKINS, and PATRICIA A. JOHNSON, in their official capacities as members of the Board of Elections and Registration of Long County, Georgia, | * * * * * | |
| Defendants. | * | |

## ORDER

Presently before the Court is Plaintiffs' Motion for Declaratory and Injunctive Relief.  See Dkt. No. 1.  Upon due consideration, the Court presents the attached redistricting

1

plan ("Final Plan") and Orders its use in the May 7, 2013, Long
County Board of Commission ("BOC") and Board of Education
("BOE") special election.

I.    **INTRODUCTION**

In a Consent Order issued October 2, 2012, this Court
enjoined further use of both the 1988 and 2012 Districts in the
BOC and BOE election.  Dkt. No. 34.  Moreover, this Court
enjoined further action with respect to the July 2012 BOC and
BOE election, as that election utilized the 2012 Districts.  Id.
The Court also granted the parties' request that the Court
create and adopt a remedial districting plan to facilitate a
timely election for the BOC and BOE posts.  Id.

In an Order issued October 30, 2012, this Court presented a
new map with constitutionally apportioned districts for use in
the May 2013 Long County BOC and BOE special election
("Preliminary Plan").  Dkt. No. 45.  After a period of public
comment, the Court adopts the attached redistricting plan for
use in the May 2013 Long County BOC and BOE special election
("Final Plan").

The Court's October 30, 2012 Order provides a comprehensive factual and procedural background of this case. See Dkt. No. 45, at 2-6. That background is not repeated here.

## III. FINAL PLAN

A. Public Comments

After presenting its Preliminary Plan, the Court allowed the public to comment on the plan. See Dkt. No. 34. The principal comments[1] received by the Court were (1) the Preliminary Plan moved the winner of the July 2012 BOE election for District 5 from District 5 to District 3,[2] (2) the BOE member from District 4 lost a significant number of her former constituents under the Preliminary Plan, (3) District 4 does not have a polling place within its borders under the Preliminary Plan, and (4) under the Preliminary Plan, the geographical expanse of District 5 is too great. See Dkt. No. 48.

---

[1] The Court also received comments suggesting that the Court consider neither the balancing of population among the five (5) districts nor the alleged retrogression in District 4. The Court's Final Plan does not accommodate these comments.
[2] This resulted from the Court's error in mapping the residence of the District 5 BOE candidate when preparing the Preliminary Plan. This unintentional error also placed the formerly unopposed BOE candidates from District 3 and District 5 in the same district. This would require those candidates to run against one another and would potentially leave District 5 without a BOE member.

3

B. Plan Revisions

After considering comments from Long County's citizens, the Court modified its Preliminary Plan slightly.[3] Specifically, the Court expanded District 5 to the northwest to allow the District 5 BOE candidate to remain within her prior district. The Court also expanded District 4 slightly to the southeast to allow the District 4 BOE member to retain more of her former constituents. These changes necessitated a slight amount of rebalancing among the districts to ensure compliance with the one person, one vote principle.

Attached to this Order are multiple exhibits depicting the Final Plan.[4] Exhibit 1 shows the district boundaries with details such as road names. Exhibit 2 contains the details from Exhibit 1 along with the boundaries of the 2012 Districts. Exhibit 3 contains a legal description of the Final Plan. Exhibit 4 contains statistical data for the Final Plan. Exhibit 5 contains the Core Constituencies Report.

---

[3] The Court utilized the same technical assistance in creating the Final Plan as it used in creating the Preliminary Plan. See Dkt. No. 34, at 9. Specifically, the Court appointed the Legislative and Congressional Reapportionment Office of the General Assembly of the State of Georgia and its necessary staff, including Regina Harbin Wright, as its independent technical advisor in this matter.
[4] The Final Plan is entitled FedCt-LongCCSB-2012.

4

C. Analysis of the Final Plan

The Court's October 30, 2012 Order provides significant analysis of the Court's Preliminary Plan and describes how the Court attempted to harmonize the one person, one vote principle, traditional districting principles, and the requirements of the Voting Rights Act. See Dkt. No. 45. That analysis applies to the Court's Final Plan and is not repeated here. For clarity, Exhibit 6 provides a statistical comparison between the Final Plan and the Benchmark Plan.

The Court chose not to create a new polling place for District 4. Although the old polling place is only slightly outside the borders of District 4, it is familiar to District 4 voters and the Long County Board of Elections. Therefore, the Court retains this location to minimize voter confusion and facilitate an orderly election.

The Court notes that District 5 is physically larger than it was under either the 1998 or 2012 Districts. However, the Court accepts this result, as it is the result of an effort to balance many interests—including the one person, one vote principle and the requirements of the Voting Rights Act. The Court notes that, though physically larger than the other districts, District 5 is only thirty (30) miles across at its

widest point and is entirely connected by Highway 57. Moreover, Part V of this Order instructs the Long County Board of Elections to establish two (2) additional polling places in District 5. Though equal territory among the five (5) districts may be preferable, the Court finds the territorial deviation in the Final Plan tolerable. Moreover, the Court finds that its Final Plan acceptably balances the one person, one vote principle, traditional districting principles, and the requirements of the Voting Rights Act.

## IV. FINAL PLAN'S FUTURE USE

The Court's Final Plan is intended for use in the May 2013 special election and any necessary runoff elections. The Court emphasizes that Long County's Board of Elections, BOC, and county delegation need not use the Court's Final Plan in future elections.

The Court offers this caution for several reasons. First, this Plan was drafted, necessarily, under time constraints. Moreover, the Court was not privy to all of the kinds of political and community concerns that are pertinent to a legislative body when it redistricts. Nor can this Court assure maintenance of existing constituent-representative relations.

AO 72A
(Rev. 8/82)

Such matters are legitimate legislative concerns, to be addressed by the General Assembly.

In sum, the Court's Final Plan can be reviewed and changed following the May 2013 special election if the legislature decides to do so.

## V.    CONCLUSION

Plaintiffs' Motion for Declaratory and Injunctive Relief (Dkt. No. 1) is **GRANTED**.  This Court **ENJOINS** Defendants, sets the following deadlines, and **ORDERS** the following actions:

(1)    The Court's Final Plan is hereby **ADOPTED** as the lawful plan for the Long County BOC and BOE election for use in the May 2013 BOE and BOE special election and until such time as the State of Georgia implements a new plan.

(2)    Defendants are hereby **DIRECTED** to implement the Final Plan promptly and consistently with the Constitution and laws of the United States and the Constitution and laws of the State of Georgia.

(3)    The BOC and BOE precinct boundaries shall be identical to the BOC and BOE district boundaries.

AO 72A
(Rev. 8/82)

(4) Defendants are hereby **DIRECTED** to establish the following polling places for use in the May 2013 special election:

District 1:  Beards Creek Voting Precinct; 3218 Marcus Nobles Road, N.E.; Glennville, Georgia 30427.

District 2:  Rye Patch/Oakdale Voting Precinct; 2252 Darwel Long Road, N.E.; Ludowici, Georgia 31316.

District 3:  South Ludowici Voting Precinct; 198 Main Street Extension, S.W.; Ludowici, Georgia 31316.

District 4:  North Ludowici Voting Precinct; 469 North Main Street; Ludowici, Georgia 31316.

District 5:  (1) Tibet Voting Precinct; 1431 Tibet Highway, S.E.; Ludowici, Georgia 31316.

(2) Fire station located at 840 Alma Flournoy Road, Ludowici, Georgia 31316.

(3) Annex at Faith Baptist Church located at 12 South McDonald Street, Ludowici, Georgia 31316.

AO 72A
(Rev. 8/82)

(5) Defendants are hereby **DIRECTED** to comply with the following election schedule:

   a. Voter notices shall be mailed no later than Monday, January 28, 2013.

   b. Qualifying for the BOC and BOE election shall take place from Monday, February 11, 2013 through Wednesday, February 13, 2013.

   c. The BOC and BOE primary election shall take place on Tuesday, March 12, 2013. Any necessary runoff elections related to these primaries shall take place on Tuesday, April 9, 2013.

   d. The BOC and BOE general election shall take place on Tuesday, May 7, 2013.

(6) All other matters of scheduling, balloting, and voting (including early and absentee voting and any necessary runoff elections) shall be conducted in accordance with any applicable federal, state, and local laws except that any state or local laws in direct conflict with this Order are hereby **SUSPENDED** only for the purposes of the May 2013 special election and related primary and runoff elections.

9

**SO ORDERED**, this 14th day of December, 2012.


s/ Beverly B. Martin

_____
BEVERLY B. MARTIN, CIRCUIT JUDGE
ELEVENTH CIRCUIT COURT OF APPEALS


_____
LISA GODBEY WOOD, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA


s/ J. Randal Hall

_____
J. RANDAL HALL, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

AO 72A
(Rev. 8/82)

EXHIBIT 1

# Long County Commission and School Board Districts- as drawn by Federal Court

Client: FedCt
Plan: FedCt-LongCCSB-2012
Type: Local



**Map layers**
- Districts
- Census Place
- Pipeline/Power Line
- Streets
- Railroad
- VTD2010
- County

0  2  4  6
Miles

001

002

004

003

005

Legislative & Congressional
Reapportionment Office
Georgia General Assembly

# Long County Commission and School Board Districts - as drawn by Federal Court



Ludowici Detail

Client: FedCt
Plan: FedCt-LongCCSB-2012
Type: Local

## Map layers

**Districts**
- Census Place
- Pipeline/Power Line
- Streets
- Railroad
- VTD2010
- County

0    .3    .6    .9

Miles

Legislative & Congressional
Reapportionment Office
Georgia General Assembly

EXHIBIT 2

Long County Commission and School Board Districts- as drawn by Federal Court

Client: FedCt
Plan: FedCt-LongCCSB-2012
Type: Local

Black overlay line is 2012 adopted plan "longccsb-2012"

Map layers
Districts
Census Place
Pipeline/Power Line
Streets
Railroad
VTD2010
County
Districts:1

0  2  4  6
Miles

001

002

004

003

005

Legislative & Congressional
Reapportionment Office
Georgia General Assembly

# Long County Commission and School Board Districts- as drawn by Federal Court



EXHIBIT 3

Plan: FedCt-LongCCSB-2012
Plan Type: Local
Administrator: FedCt
User: Gina


District 001
Long County
VTD: 1831 - BEARDS CREEK
VTD: 1832 - RYE PATCH/OAK
970100:
 2102  2103  2104  2105  2106  2107  2108  2279  2280  2291  2292


District 002
Long County
VTD: 1832 - RYE PATCH/OAK
970100:
 1000  1001  1002  1003  1004  1005  1006  1007  1008  1009  1010  1011
 1012  1013  1014  1015  1016  1017  1018  1019  1020  1021  1022  1023
 1024  1025  1026  1027  1028  1029  1030  1031  1032  1033  1034  1040
 1041  1042  1043  1044  1045  1046  1047  1048  1049  1050  1051  1052
 1053  1057  1058  1060  1065  1067  1068  1069  1070  1071  1072  1073
 1074  1075  1076  1077  1078  1079  1080  1081  1082  1083  1084  1085
 1086  1087  1088  1089  1090  1091  1092  1093  1094  1095  1096  1097
 1098  1099  1100  1101  1102  1103  1104  1105  1106  1107  1108  1109
 1110  1111  1112  1113  1114  1115  1116  1117  1118  1119  1120  1121
 1122  1123  1124  1125  1126  1127  1128  1129  1130  1131  1132  1133
 1134  1135  1136  1137  1138  1139  1140  1141  1142  1144  1147  1161
 1162  1163  1164  1165  1166  1167  1168  1169  1174  1175  1176  2274
 2275  2276  2277  2278  2281  2282  2284  2285  2286  2287  2288  2289
 2290  2293  2294  2336  3002  3003  3004  3005  3006  3007  3016  3039
 3040  3042  3043  3044  3045  3051  3052  3054  3060  3061
970200:
 1000  1001


District 003
Long County
VTD: 1833 - SOUTH LUDOWICI
970200:
 2018  2020  2025  2026  2027  2028  2029  2031  2032  2033  2035  2037
 2039  2041  2042  2054  2087  3065  3066  3067  3068  3069  3070  3143
 3144  3145  3146  3147  3148  3149  3150  3156  3157  3158  3159  3164
 3165  3166
VTD: 1835 - TIBET
970200:
 2043  2044  2045  3000  3001  3002  3003  3004  3005  3006  3007  3008
 3009  3010  3011  3012  3013  3014  3015  3016  3017  3018  3019  3020
 3021  3023  3025  3027  3030  3031  3032  3033  3034  3035  3036  3044
 3045  3046  3047  3048  3049  3058  3059  3060  3064  3071  3275  3277
 3278  3279  3281  3282  3283  3284  3285


District 004
Long County
VTD: 1832 - RYE PATCH/OAK
970100:
 3000  3001  3008  3009  3010  3011  3012  3013
VTD: 1834 - NORTH LUDOWICI
970100:
 1170  1171  1172  1173  3034  3035  3036  3037  3048  3049  3050  3053

```
3055    3056    3057    3058    3059    3062    3063    3064    3066
970200:
 1002    1003    1004    1005    1006    1007    1008    1009    1010    1011    1012    1013
 1014    1015    1016    1017    1018    1019    1020    1021    1022    1023    1024    1033
VTD: 1835 - TIBET
970100:
 3014    3015    3017    3018    3019    3020    3021    3022    3023    3024    3025    3026
 3027    3028    3029    3030    3031    3032    3033    3038    3041    3046    3047    3065
 3067    3068
```

District 005
Long County
VTD: 1832 - RYE PATCH/OAK
970100:

```
 1035    1036    1037    1038    1039    1054    1055    1056    1059    1061    1062    1063
 1064    1066    1143    1145    1146    1148    1149    1150    1151    1152    1153    1154
 1155    1156    1157    1159    1160    2099    2100    2101    2113    2114    2115    2116
 2117    2118    2119    2120    2142    2152    2170    2171    2172    2182    2183    2184
 2185    2186    2187    2188    2189    2190    2191    2192    2193    2194    2195    2196
 2197    2198    2199    2200    2201    2202    2203    2204    2205    2206    2207    2208
 2209    2210    2211    2212    2213    2214    2215    2216    2217    2218    2219    2220
 2221    2222    2223    2224    2225    2226    2227    2228    2229    2230    2231    2232
 2233    2234    2235    2236    2237    2238    2239    2240    2241    2242    2243    2244
 2245    2246    2247    2248    2249    2250    2251    2252    2253    2254    2255    2256
 2257    2259    2260    2261    2262    2263    2264    2265    2266    2267    2268    2269
 2270    2271    2272    2273    2295    2296    2297    2298    2299    2300    2301    2302
 2303    2304    2305    2306    2307    2308    2309    2310    2311    2312    2313    2314
 2315    2316    2317    2334    2335
970200:
 1027
```
VTD: 1833 - SOUTH LUDOWICI
970200:
```
 1032    1047    1048    1052    2002    2003    2008    2011    2012    2013    2034    2050
 3151    3152    3153    3155    3160    3161    3162    3163
```
VTD: 1834 - NORTH LUDOWICI
970100:
```
 1158
970200:
 1025    1026    1028    1029    1030    1031    1034    1035    1036    1037    1038    1039
 1040    1041    1042    1043    1044    1045    1046    1049    1050    1051    1053    1054
 2000    2001    2004    2005    2006    2007    2009    2010    2014    2015    2016    2017
 2019    2021    2022    2023    2024    2030    2036    2040    3154
```
VTD: 1835 - TIBET
970200:
```
 1055    2038    2046    2047    2048    2049    2051    2052    2053    2055    2056    2057
 2058    2059    2060    2061    2062    2063    2064    2065    2066    2067    2068    2069
 2070    2071    2072    2073    2074    2075    2076    2077    2078    2079    2080    2081
 2082    2083    2084    2085    2086    2088    2089    3022    3024    3026    3028    3029
 3037    3038    3039    3040    3041    3042    3043    3050    3051    3052    3053    3054
 3055    3056    3057    3061    3062    3063    3072    3073    3074    3075    3076    3077
 3078    3079    3080    3081    3082    3083    3084    3085    3086    3087    3088    3089
 3090    3091    3092    3093    3094    3095    3096    3097    3098    3099    3100    3101
 3102    3103    3104    3105    3106    3107    3108    3109    3110    3111    3112    3113
 3114    3115    3116    3117    3118    3119    3120    3121    3122    3123    3124    3125
 3126    3127    3128    3129    3130    3131    3132    3133    3134    3135    3136    3137
 3138    3139    3140    3141    3142    3167    3168    3169    3170    3171    3172    3173
 3174    3175    3176    3177    3178    3179    3180    3181    3182    3183    3184    3185
 3186    3187    3188    3189    3190    3191    3192    3193    3194    3195    3196    3197
 3198    3199    3200    3201    3202    3203    3204    3205    3206    3207    3208    3209
 3210    3211    3212    3213    3214    3215    3216    3217    3218    3219    3220    3221
 3222    3223    3224    3225    3226    3227    3228    3229    3230    3231    3232    3233
 3234    3235    3236    3237    3238    3239    3240    3241    3242    3243    3244    3245
```

3246  3247  3248  3249  3250  3251  3252  3253  3254  3255  3256  3257
3258  3259  3260  3261  3262  3263  3264  3265  3266  3267  3268  3269
3270  3271  3272  3273  3274  3276  3280

EXHIBIT 4

| DISTRICT | | POPULATION | DEVIATION | % DEVIATION | BLACK | % BLACK | BLACK COMBO | TOTAL BLACK | %TOTAL BLACK | HISP. OR LATINO | %HISP |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 001 | | 2,944 | 51 | 1.76% | 593 | 20.14% | 16 | 609 | 20.69% | 1,096 | 37.23% |
| | VAP | 2,002 | | | 406 | 20.28% | 5 | 411 | 20.53% | 644 | 32.17% |
| 002 | | 2,896 | 3 | 0.10% | 567 | 19.58% | 57 | 624 | 21.55% | 198 | 6.84% |
| | VAP | 1,983 | | | 360 | 18.15% | 21 | 381 | 19.21% | 113 | 5.70% |
| 003 | | 2,835 | -58 | -2.00% | 1,239 | 43.70% | 69 | 1,308 | 46.14% | 130 | 4.59% |
| | VAP | 2,012 | | | 921 | 45.78% | 12 | 933 | 46.37% | 72 | 3.58% |
| 004 | | 2,959 | 66 | 2.28% | 766 | 25.89% | 84 | 850 | 28.73% | 276 | 9.33% |
| | VAP | 2,001 | | | 493 | 24.64% | 23 | 516 | 25.79% | 162 | 8.10% |
| 005 | | 2,830 | -63 | -2.18% | 482 | 17.03% | 34 | 516 | 18.23% | 78 | 2.76% |
| | VAP | 2,047 | | | 322 | 15.73% | 14 | 336 | 16.41% | 40 | 1.95% |

Total Population:      14,464
Ideal Value:      2,893

**Summary Statistics**

Population Range:      2,830   to   2,959

Absolute Overall Range:      129

Relative Range:      -2.18%   to   2.28%

Relative Overall Range:      4.46%

EXHIBIT 5

# Core Constituencies Report

Printed for Gina

| | Population | [TOTAL BLACK] | [TOTAL BLACK VAP] |
|---|---|---|---|

## Plan: FedCt-LongCCSB-2012, District 001 -- 2,944 Total Population

### From Plan: longccsb-2012

| | Population | [TOTAL BLACK] | [TOTAL BLACK VAP] |
|---|---|---|---|
| Dist. 001 | 2,738 (93.00%) | 540 (88.67%) | 368 (89.54%) |
| Dist. 002 | 206 (07.00%) | 69 (11.33%) | 43 (10.46%) |
| Total, and % Population | | 609 (20.69%) | 411 (13.96%) |

## Plan: FedCt-LongCCSB-2012, District 002 -- 2,896 Total Population

### From Plan: longccsb-2012

| | Population | [TOTAL BLACK] | [TOTAL BLACK VAP] |
|---|---|---|---|
| Dist. 002 | 2,397 (82.77%) | 454 (72.76%) | 290 (76.12%) |
| Dist. 003 | 203 (07.01%) | 97 (15.54%) | 47 (12.34%) |
| Dist. 004 | 296 (10.22%) | 73 (11.70%) | 44 (11.55%) |
| Total, and % Population | | 624 (21.55%) | 381 (13.16%) |

## Plan: FedCt-LongCCSB-2012, District 003 -- 2,835 Total Population

### From Plan: longccsb-2012

| | Population | [TOTAL BLACK] | [TOTAL BLACK VAP] |
|---|---|---|---|
| Dist. 003 | 1,131 (39.89%) | 593 (45.34%) | 435 (46.62%) |
| Dist. 005 | 1,704 (60.11%) | 715 (54.66%) | 498 (53.38%) |
| Total, and % Population | | 1,308 (46.14%) | 933 (32.91%) |

## Plan: FedCt-LongCCSB-2012, District 004 -- 2,959 Total Population

### From Plan: longccsb-2012

| | Population | [TOTAL BLACK] | [TOTAL BLACK VAP] |
|---|---|---|---|
| Dist. 003 | 1,148 (38.80%) | 442 (52.00%) | 262 (50.78%) |
| Dist. 004 | 1,811 (61.20%) | 408 (48.00%) | 254 (49.22%) |
| Total, and % Population | | 850 (28.73%) | 516 (17.44%) |

## Plan: FedCt-LongCCSB-2012, District 005 -- 2,830 Total Population

### From Plan: longccsb-2012

| | Population | [TOTAL BLACK] | [TOTAL BLACK VAP] |
|---|---|---|---|
| Dist. 001 | 184 (06.50%) | 7 (01.36%) | 6 (01.79%) |
| Dist. 002 | 353 (12.47%) | 68 (13.18%) | 44 (13.10%) |
| Dist. 003 | 397 (14.03%) | 130 (25.19%) | 78 (23.21%) |
| Dist. 004 | 794 (28.06%) | 152 (29.46%) | 98 (29.17%) |
| Dist. 005 | 1,102 (38.94%) | 159 (30.81%) | 110 (32.74%) |

| | Population | [TOTAL BLACK] | [TOTAL BLACK VAP] |
|---|---|---|---|
| Total, and % Population | | 516 (18.23%) | 336 (11.87%) |

## Plan: FedCt-LongCCSB-2012, District Unassigned -- 9,673,189 Total Population

*From Plan: longccsb-2012*

| | Population | [TOTAL BLACK] | [TOTAL BLACK VAP] |
|---|---|---|---|
| Dist. Unassigned | 9,673,189 (100.00%) | 3,050,191 (100.00%) | 2,138,212 (100.00%) |
| Total, and % Population | | 3,050,191 (31.53%) | 2,138,212 (22.10%) |

EXHIBIT 6

The Court's Final Plan results in the following population
and deviation statistics:

| District | Population | Deviation (actual) | Deviation (%) |
|----------|------------|--------------------|---------------|
| 1 | 2,944 | 51 | 1.76 |
| 2 | 2,896 | 3 | 0.10 |
| 3 | 2,835 | -58 | -2.00 |
| 4 | 2,959 | 66 | 2.28 |
| 5 | 2,830 | -63 | -2.18 |

The Final Plan has a total population deviation of 4.46%.

The Final Plan compares to the "benchmark" plan as follows:[4]

|  | District | | | | |
|--|---|---|---|---|---|
|  | 1 | 2 | 3 | 4 | 5 |
| **Benchmark Plan** | | | | | |
| Population | 2,738 | 3,639 | 1,512 | 2,030 | 4,545 |
| Total Black (%) | 19.72% | 21.10% | 47.95% | 21.67% | 31.55% |
| Black VAP[5] (%) | 19.75% | 18.93% | 47.57% | 19.41% | 29.79% |
| **Court's Final Plan** | | | | | |
| Population | 2,944 | 2,896 | 2,835 | 2,959 | 2,830 |
| Total Black (%) | 20.69% | 21.55% | 46.14% | 28.73% | 18.23% |
| Black VAP (%) | 20.53% | 19.21% | 46.37% | 25.79% | 16.41% |
| **Change** | | | | | |
| Total Black (%) | 0.97% | 0.45% | -1.81% | 7.06% | -13.32% |
| Black VAP (%) | 0.78% | 0.28% | -1.20% | 6.38% | -13.38% |

---

[4] During the Court's efforts to create an interim map, the Court's technical
assistant discovered a slight discrepancy in the boundary between Districts 2
and 5. Specifically, a typographical error occurred when the district
boundaries were imported from the official, paper copy into the districting
software. This error was corrected prior to calculating the values for the
"Benchmark Plan" in the table below.

This Court followed DOJ guidance in calculating values for the "Benchmark
Plan" in the table below. See 66 Fed. Reg. 5412-13 (Jan. 18, 2001).
[5] "Black VAP" is a representation of the black voting age population,
expressed as a percentage of the total voting age population.